CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/5/2018
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

# In the United States District Court
# For the Western District of Virginia
## Lynchburg Division

| | |
|---|---|
| Tracy Kidd,<br>　　　　　*Plaintiff,*<br><br>v.<br><br>Nancy A. Berryhill, Acting Commissioner of Social Security<br>　　　　　*Defendant.* | Case No. 6:17-cv-00003<br><br>**O R D E R**<br><br>Judge Norman K. Moon |

This matter is before the Court on the defendant's Motion for Summary Judgment (dkt. 18), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (dkt. 20, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition.

After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I will adopt the Report. Accordingly:

1. The Report is hereby **ADOPTED** in its entirety;

2. Defendant's Motion for Summary Judgment is hereby **GRANTED**;

This case is hereby **DISMISSED** and stricken from the active docket of the Court. The Clerk of Court is directed to send a copy of this Order to counsel of record.

Entered this __5th__ day of March, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Norman K. Moon_
　　　　　　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE